Ida McCale et al., as Administrators of the Estate of Fred D. McCale, Deceased, Appellants, *v.* New York State Railways, Respondent.

*McCale* v. *N. Y. State Railways,* 178 App. Div. 909, affirmed.
(Argued May 15, 1918; decided May 28, 1918.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 3, 1917, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiffs' intestate alleged to have been occasioned through the negligence of defendant. The intestate while crossing defendant's tracks in the town of Vernon, in an automobile, was struck by one of defendant's cars and killed. Plaintiffs contended that there was evidence tending to show that the deceased was aware of the approach of the street car, but had reasonable grounds to believe that it would stop or slacken its speed so that he could cross the tracks in safety, and after he had started to cross and it was apparent that he intended to cross and when the street car was within one hundred feet of the crossing, the speed of the car was suddenly accelerated, resulting in the collision; also that the question of contributory negligence was for the jury.

*Jeremiah F. Connor* for appellants.

*Warnick J. Kernan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cuddeback, Cardozo, Pound, McLaughlin and Andrews, JJ. Dissenting: Crane, J.